ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 MAY 16 A 10 56
CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LISA MCCOY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 306-101 |
| | ) | |
| KEVIN ROBERTS, Warden, Metro State Prison, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 16th day of May, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE